UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.  )<br>)<br>COREY DONOVAN )  | CA  23-1328 |

<u>MOTION TO WITHDRAW APPEARANCE</u>

Please enter my withdrawal as counsel for the United States of America in the above-entitled matter.

                                                      Respectfully submitted,

Dated:  February 1, 2024                  JANE E. YOUNG
                                                          United States Attorney

                                                By:     /s/ Seth R. Aframe
                                                               Seth R. Aframe
                                                               Assistant U.S. Attorney
                                                               First Circuit No. 87645
                                                               53 Pleasant Street
                                                               Concord, NH 03301-3904