# United States Court of Appeals
## For the First Circuit

---

No. 23-1328

UNITED STATES OF AMERICA,

Appellee,

v.

COREY DONOVAN,

Defendant, Appellant.

---

**JUDGMENT**

Entered: September 13, 2024

    This cause came on to be heard on appeal from the United States District Court for the District of New Hampshire and was argued by counsel.

    Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: Corey Donovan's conviction and sentence are affirmed.

By the Court:

Maria R. Hamilton, Clerk

cc:
Charles L. Rombeau
Anna Z. Krasinski
Corey Donovan
Donna J. Brown
Michael G. Eaton