# United States Court of Appeals
## For the First Circuit

No. 23-1328

UNITED STATES,

Appellee,

v.

COREY DONOVAN,

Defendant - Appellant.

**MANDATE**

Entered: October 7, 2024

    In accordance with the judgment of September 13, 2024, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Donna J. Brown
Corey Donovan
Michael G. Eaton
Anna Z. Krasinski
Charles L. Rombeau