

WILLIAM C. TUCKER
GREGORY G. PETERS
FRANK P. SPINELLA, Jr.
DEAN B. EGGERT
MICHAEL R. MORTIMER
KATHLEEN C. PEAHL, Of Counsel
RICHARD THORNER
CHARLES F. CLEARY
CHRISTINE GORDON
TODD J. HATHAWAY
ALISON M. MINUTELLI
MICHAEL J. TIERNEY
DONNA J. BROWN
CRAIG S. DONAIS
ALYSIA M. CASSOTIS

**Attorneys At Law**
**95 Market Street**
**Manchester, New Hampshire 03101**
**Telephone (603) 669-4140**
**Facsimile (603) 669-6018**

WWW.WADLEIGHLAW.COM

CHRISTOPHER P. MCGOWN
TIERNEY M. CHADWICK
ABBY TUCKER
ALLISON M. TAMPOSI
STEPHEN M. BENNETT, Of Counsel
ELIZABETH E. EWING
JEFFREY D. ODLAND
WILLIAM P. REDDINGTON
MICHAEL G. EATON
GRETCHEN M. WADE
AUTUMN H. KISH
CATHERINE C. BOUSQUET
EMILY E. PETERSON
JOSEPH J. DUMAIS
JOSHUA S. DEYOUNG

**Direct Dial: (603) 206-7234**
**dbrown@wadleighlaw.com**

December 9, 2024

John Joseph Moakley U.S. Court House
First Circuit Court of Appeals – Clerk's Office
1 Courthouse Way
Boston, MA 02210

**RE:    United States v. Corey Donovan, No. 23-1328**

Dear Clerk:

On September 13, 2024, this Court affirmed the district court's judgement. On September 23, 2023, a copy of the Court's decision was mailed to Mr. Donovan.

I have reviewed the matter and have determined there are no reasonable grounds to file a petition for writ certiorari. I hereby certify that on October 4, 2024, I mailed a letter to Mr. Donovan at FCI Butner Medium II Federal Correctional Institution, notifying him of the deadline to file a petition of writ of certiorari and to let me know whether or not he wished for us to file a petition on his behalf. December 12, 2024, marks 90 days since the issuance of judgement in this matter.

On November 14, 2024 I spoke with Mr. Donovan and he stated he did not want to pursue any further litigation to the U.S. Supreme Court on his direct appeal and instead he wants to pursue a 2255 habeas petition in the federal district court of N.H.

I respectfully ask that my representation of Mr. Donovan in this matter be concluded. Thank you for your time and attention to this matter.

Sincerely,

/s/ Donna J. Brown
Donna J. Brown, Esq.
Dbrown@wadleighlaw.com

DJB/tmp

## CERTIFICATE OF SERVICE

I, Donna J. Brown, hereby certify that the foregoing letter has been e-filed to all parties of record on this 9th day of December 2024.

/s/ Donna J. Brown
Donna J. Brown, Esq.