CERTIFICATE OF SERVICE

    I, Donna J. Brown, hereby certify that the letter regarding conclusion of representation e-filed with the Court on December 9, 2024, was sent by regular mail to the Appellant, Corey Donovan at FCI Butner Medium II Federal Correctional Institution on the 9th day of December 2024.

                                                /s/ Donna J. Brown