# United States Court of Appeals
## For the First Circuit

---

No. 23-1328

UNITED STATES,

Appellee,

v.

COREY DONOVAN,

Defendant - Appellant.

---

**ORDER OF COURT**

Entered: December 9, 2024
Pursuant to 1st Cir. R. 27(d)

      Counsel for defendant-appellant, who was appointed pursuant to the Criminal Justice Act, 18 U.S.C. § 3006A, has filed a letter that we construe as motion for leave to withdraw pursuant to 1st Cir. R. 46.5(c). Counsel's motion states that appellant has informed counsel that appellant does not wish to apply for certiorari. Accordingly, we grant Attorney Donna J. Brown's motion to withdraw. See 1st Cir. R. 46.5(c).

      By the Court:

      Anastasia Dubrovsky, Clerk

cc:
Charles L. Rombeau
Anna Z. Krasinski
Corey Donovan
Donna J. Brown
Michael G. Eaton